# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154233

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                      SC: 154233
                                        COA: 327025

MEAGAN ANN DEGNER,                 Eaton CC: 14-020371-FH
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 14, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017

                                       Clerk

s0315